IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE ADMINISTRATIVE WARRANT OF:<br><br>PACKERS SANITATION<br>SERVICES, INC., LTD.<br>515 W. 3rd Street<br>Grand Island, NE 68801 | Case No.8:22MJ554 |

**MOTION TO UNSEAL MATTER**

Comes now the United States, to respectfully request that this matter be unsealed. In support thereof, the United States submits the following:

1. This matter involves an administrative search warrant issued under Section 11(a) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq.

2. The Application and Administrative Search Warrant were filed under "Sealed" (Filing 1).

3. The Warrant has been executed and returned (Filing 2).

4. There is no longer any need for the matter to be under seal.

For the foregoing reasons, the United States respectfully requests that the matter be unsealed.

Dated: October 26, 2022

Respectfully submitted,

STEVEN A. RUSSELL
Acting United States Attorney

District of Nebraska


*s/Laurie A. Kelly*
Laurie A. Kelly
Assistant U.S. Attorney
MA Bar # 557575
1620 Dodge Street
Suite 1400
Omaha, Nebraska 68102
Tel.    (402) 661-3700
Fax    (402) 661-3081
Email   laurie.kelly@usdoj.gov